AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Jesse David Bennett<br>*Defendant(s)* | )<br>)<br>)   Case No. 3:23-mj-00054<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 2022 through March 2023   in the county of   Multnomah   in the
_____   District of   Oregon  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871;<br>18 U.S.C. § 875(c); and<br>18 U.S.C. § 844(e) | Threats against the President;<br>Communicating a Threat over the Internet; and<br>Threats Regarding Fire and Explosives |

This criminal complaint is based on these facts:

See the attached affidavit of Federal Bureau of Investigation Task Force Officer Jeremy Chedester

☑ Continued on the attached sheet.

/s/ By phone pursuant to Fed. R. Crim. P. 4.1
*Complainant's signature*

FBI TFO Jeremy Chedester
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at   9:45   p.m.

Date:   March 21, 2023

*Youlee Yim You*
*Judge's signature*

City and state:   Portland, Oregon   Honorable U.S. Magistrate Judge Youlee Yim You
*Printed name and title*